**Deny Writ and Opinion Filed August 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01101-CV

### IN RE CARLISLE COATINGS & WATERPROOFING, INC., Relator

**Original Proceeding from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-02576-2014**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Evans
Opinion by Justice Bridges

Relator filed this petition for writ of mandamus requesting that the Court direct the trial court to vacate its August 12, 2014 order denying relator's motion to quash its deposition and ordering relator to produce a designated corporate representative for deposition within 21 days of the date of the trial court's order. The facts and issues are well-known to the parties, so we do not recount them here.

Although relator has provided an appendix in support of its petition for writ of mandamus, the appendix does not comply with rule 52.3(k) of the Texas Rules of Appellate Procedure. Rule 52.3(k) requires that the appendix contain "a certified or sworn copy of any order complained of, or any other document showing the matter complained of." TEX. R. APP. P. 52.3(k). The documents attached to relator's petition are not sworn or certified copies as required by rule 52.3(k). Because relator has failed to authenticate the mandamus record as

required by the rules of appellate procedure, it has failed to establish her right to relief. TEX. R. APP. P. 52.8. Accordingly, we deny the petition.

141101F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE